# United States District Court
## Northern District of Illinois

In the Matter of

Elaine L. Chao

v.

International Union of Operating

Case No. 08 C 3091

Designated Magistrate Judge
Susan E. Cox

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Milton I. Shadur** to be related to **08C3075** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge Robert W. Gettleman

Dated: June 13, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Robert W. Gettleman**.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

Chief Judge James F. Holderman

Dated: JUN 1 6 2008

FILED-EDC
2008 JUN 17 PM 1:53
CLERK'S U.S. DISTRICT COURT

Finding of Relatedness (Rev. 9/99)