UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Elaine L. Chao

                      Plaintiff,

v.                                         Case No.: 1:08−cv−03091

                                                      Honorable Robert W. Gettleman

International Union of Operating Engineers Local 150

                      Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Susan E. Cox for the purpose of holding proceedings related to: petition to enforce subpoena. (gds, ) Mailed notice.

Dated: July 29, 2008

                                                                /s/ Robert W. Gettleman

                                                               United States District Judge