# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3091 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Elaine L. Chao vs. International Union of Operating Engineers Local 150 | | |

**DOCKET ENTRY TEXT**

Enter Report and Recommendation - recommending that the Petitioner's motion to enforce subpoenas duces tecum issued by the U.S. Department of Labor against the Union [1] be granted in part.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|